**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No.: 5:26-CR-48-CAR-CHW** |
| **RONNIE HORACE STEPHENS, JR.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER ON THE GOVERNMENT'S MOTION TO CONTINUE**

Before the Court is the Government's Motion to Continue [Doc. 18] Defendant Ronnie Horace Stephens, Jr.'s pre-trial conference scheduled for November 19, 2026, and his trial anticipated to begin on December 7, 2026, in Macon, Georgia. On October 21, 2026, the Grand Jury returned an indictment charging Defendant with one count of possession of a firearm by a convicted felon. On November 9, 2026, Defendant was arrested, pled not guilty at his arraignment, and was ordered to be detained pending trial; the Federal Defenders of the Middle District of Georgia, Inc., was appointed to represent Defendant. This case has not been previously continued.

The Government represents it has not provided discovery to Defense counsel and thus, additional time is needed for Defense counsel to receive and review discovery, conduct any required defense investigation, and negotiate a potential resolution of the

case.[1] Having considered the matter, the Court finds it serves the ends of justice to grant the Government's request to continue the trial. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** the Government's Motion to Continue [Doc. 18], and **HEREBY ORDERS** that this case be continued until February 9, 2027, the undersigned's next regularly-scheduled term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 16th day of November, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] On November 12, 2026, when the Government filed its Motion to Continue, the Government represented it did not know whether the Federal Defenders' Office had assigned this case to a specific Federal Defender. Mot. Continue Trial Interests Justice [Doc. 18]. The next day, Defense counsel filed her Notice of Appearance and Defendant's Request for Discovery. Notice Appearance [Doc. 19]; Def.'s Req. Disc. [Doc. 20].